# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08 B 19345 |
| Willie B. Cole | |
| Charlene Cole | Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Willie B. Cole, Charlene Cole, Debtor(s), 12632 Throop, Riverdale, IL 60827
Marcie Venturini, Attorney for Debtor(s), 20 S. Clark Street, 28th Floor, Chicago, IL 60603

You are hereby notified that BENEFICIAL ILLINOIS INC. D/B/A BENEFICIAL MORTGAGE CO. OF ILLINOIS has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtors are due to BENEFICIAL ILLINOIS INC. D/B/A BENEFICIAL MORTGAGE CO. OF ILLINOIS for the contractual mortgage payment due 03/01/12 .

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 04/08/2012, BENEFICIAL ILLINOIS INC. D/B/A BENEFICIAL MORTGAGE CO. OF ILLINOIS's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on March 8, 2012.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-26993)**
NOTE: This law firm is deemed to be a debt collector.